# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **21-MJ-10625**  
USAO No. **2021R00722**

Date **1/30/2023**

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint     ☐ Removal Proceedings in

*United States v.* **Naveed Wardak**

The Complaint/Rule 40 Affidavit was filed on **11/4/2022**

✔ U.S. Marshals please withdraw warrant

**DAVID ROBLES** Digitally signed by DAVID ROBLES
Date: 2022.12.07 09:56:01 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 1/30/23

UNITED STATES MAGISTRATE JUDGE